IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICARDO BROWN**

    Plaintiff,

                                                Case Number: 8:24-cv-00087

    v.

**CLARITY SERVICES, INC.**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, pursuant to Local Rule 3.09, and hereby files this Notice of Settlement.

Dated February 29, 2024,

                                                  */s/ Christian E. Cok*
                                                Christian E. Cok, Esq.
                                                Florida Bar No. 1032167
                                                Tel: 813-321-2349
                                                CCok@Seraphlegal.com
                                                SERAPH LEGAL, P. A.
                                                2124 W. Kennedy Blvd. Suite A
                                                Fax: 855-500-0705
                                                *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. I also certify that the foregoing document is being served this day to counsel for Defendant, via e-notice, email or US Postal mail.

                                                  */s/Christian E. Cok*
                                                  Christian E. Cok, Esq.
                                                  Florida Bar Number: 1032167