# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**RICARDO BROWN,**

    *Plaintiff,*

**v.**                                                              **Case No: 8:24-cv-00087-MSS-TGW**

**CLARITY SERVICES, INC.**

    *Defendant.*

_____/

## STIPULATION FOR DISMISSAL OF DEFENDANT CLARITY SERVICES, INC., WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Ricardo Brown, and Defendant, Clarity Services, Inc., by and through their undersigned counsel, stipulate to dismiss Clarity Services, Inc. from this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated March 11, 2024.

| | |
|---|---|
| */s/ Christian E. Cok* | */s/ Grant Edward Lavelle Schnell* |
| Christian E. Cok, Esq. | Grant Edward Lavelle Schnell |
| Florida Bar Number: 1032167 | Florida Bar No. 108109 |
| Seraph Legal, P. A. | JONES DAY |
| 2124 W Kennedy Blvd., Suite A | 1221 Peachtree Street N.E., Suite 400 |
| Tampa, FL 33606 | Atlanta, GA 30361 |
| (813) 321-2349 | Telephone: (404) 581-8023 |
| CCok@SeraphLegal.com | Email: gschnell@jonesday.com |
| *Counsel for Plaintiff* | *Counsel for Clarity Services, Inc.* |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                                                         */s/ Christian E. Cok*  
                                                                         Christian E. Cok, Esq.  
                                                                         Florida Bar Number: 1032167